NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

04-235

IN RE: EDC CONTRACTOR INSURANCE LITIGATION

**********

APPEAL FROM THE
FOURTEENTH JUDICIAL DISTRICT COURT
PARISH OF CALCASIEU, NO. 98-1984
HONORABLE WILFORD D. CARTER, DISTRICT JUDGE

**********

ELIZABETH A. PICKETT
JUDGE

**********

Court composed of John D. Saunders, Michael G. Sullivan, and Elizabeth A. Pickett, Judges.

APPEAL DISMISSED.

A. J. Gray, III
Wade Thomas Visconte
The Gray Law Firm
P. O. Box 1467
Lake Charles, LA 70602-1467
(337) 494-0694
Counsel for Defendant/Appellee:
 Professional Industrial Maintenance

John Allen Jeansonne Jr.
Jeansonne & Remondet, L.L.C.
P. O. Box 91530
Lafayette, LA 70509
(337) 237-4370
Counsel for Defendant/Appellee:
 Conoco, Inc.

**H. Lee Leonard**
**Melvin Alan Eiden**
**Leonard & Leonard**
**P. O. Box 91823**
**Lafayette, LA 70509-1823**
**(337) 233-4424**
**Counsel for Defendant/Appellee:**
     **Scottsdale Ins. Co.**

**William T. McCall**
**Guillory & McCall**
**901 Lake Shore Drive, Suite 836**
**Lake Charles, LA 70602**
**(337) 433-9996**
**Counsel for Defendant/Appellee:**
     **Indemnity Insurance Company of North America**
     **Westchester Surplus Lines Ins. Co.**

**Michael J. Vondenstein**
**Attorney at Law**
**One Galleria Blvd., Suite 1400**
**Metairie, LA 70002**
**(504) 836-6500**
**Counsel for Defendant/Appellee:**
     **North American Specialty Insurance Company**

**Gary Mark Zwain**
**Duplass, Zwain & Bourgeios**
**3838 N. Causeway Blvd. Suite 2900**
**Metairie, LA 70002**
**(504) 832-3700**
**Counsel for Defendant/Appellee:**
     **Texas Pacific Ins. Co.**
     **Pacific Ins. Co.**
     **Liberty Mutual Insurance Co.**

**James J. Hautot, Jr.**
**William Scott Judice**
**Judice & Adley**
**P. O. Drawer 51769**
**Lafayette, LA 70503**
**(337) 235-2405**
**Counsel for Plaintiff/Appellant:**
     **American Indemnity Company**

**Todd Michael Ammons**
**Stockwell, Sievert, Viccellio, Clements & Shaddock, LLP**
**P. O. Box 2900**
**Lake Charles, LA 70602**
**(337) 436-9491**
**Counsel for Defendant/Appellee:**
     **Homestead Insurance Co.**

**George Andrew Veazey**
**Huval, Veazey, Felder & Aertker**
**P. O. Box 80948**
**Lafayette, LA 70598-0948**
**(337) 234-5350**
**Counsel for Defendant/Appellee:**
  **Conoco, Inc.**

**Allen J. Mitchell  II**
**Mitchell & Blanco**
**One Lakeshore Dr., Suite 1135**
**Lake Charles, LA 70629**
**(337) 436-8686**
**Counsel for Defendant/Appellee:**
  **Liberty Mutual Insurance Co.**

**Jay Russell Sever**
**Phelps Dunbar, L.L.P.**
**365 Canal St., Suite 2000**
**New Orleans, LA 70130-6534**
**(504) 566-1311**
**Counsel for Defendant/Appellee:**
  **American Dynasty Surplus**
  **Lexington Insurance Company**
  **Certain London Market Insurer**

**Richard Lewis**
**A.L.C. Saturn A-2**
**3751 Lauderdale Woodyard Road**
**Kinder, LA 70648**
**Counsel for Defendant/Appellee:**
  **Conoco, Inc.**

**Erin McGonagle**
**Richard W. Bryan**
**Jackson & Campbell**
**1120 20th NW, Suite 300 South**
**Washington, DC 20036**
**(202) 457-1600**
**Counsel for Defendant/Appellee:**
  **AIG-Related Insurers**

**John Ellison**
**Anderson, Kill & Olick**
**1600 Market Street**
**Philadelphia, PA 19103**
**(215) 568-4710**
**Counsel for Defendant/Appellee:**
  **Conoco, Inc.**

**Paula Johnson**
**Conoco Legal Department**
**P. O. Box 4783**
**Houston, TX 77210**
**(281) 293-2832**
**Counsel for Defendant/Appellee:**
  **Conoco, Inc.**